SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 JUL 22 PM 4:56

OFFICE OF THE CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:14CR 258 |
| Plaintiff, | INDICTMENT<br>18 U.S.C. § 922(g)(1) and 924(a)(2). |
| vs. | |
| RAYNARD BASS, | |
| Defendant. | |

The Grand Jury Charges:

## COUNT I

On or about April 6, 2014, in the District of Nebraska, RAYNARD BASS, Defendant herein, having been convicted on April 10, 2007, in the District Court of Douglas County, Omaha, Nebraska, of a crime punishable by imprisonment for a term exceeding one year, to wit: Possession of a Controlled Substance, Class IV Felony, did knowingly possess in and affecting commerce, a firearm which had been shipped and transported in interstate commerce, to wit: a Taurus PT 92 9mm handgun.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
MEREDITH B. TYRAKOSKI
Assistant United States Attorney