IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:14CR258** |
| vs. | |
| RAYNARD BASS, | **ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |
| Defendant. | |

The defendant appeared before the Court on October 7, 2019 for a detention hearing regarding an Amended Petition for Offender Under Supervision [44]. The government's oral motion for detention was held in abeyance until the defendant came into federal custody. The court was informed the defendant came into federal custody. Kelly Steenbock represented the defendant. Martin Conboy represented the government.

The government withdrew the oral motion for detention. The defendant shall be released on the current terms and conditions of supervision.

**IT IS SO ORDERED**.

Dated this 9th day of October, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge