PROB 12C
(NEP 4/2013)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

Amended Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| **Offender:** | **Raynard Bass** | **Docket No.  8:14CR00258** |

**Type of Supervision:**  Supervised Release                **Date of This Report:  June 1, 2022**

**Sentencing Judge:**     **The Honorable Laurie Smith Camp**
                          **Chief U.S. District Judge**

**Assigned Judge:**       **The Honorable Robert F. Rossiter, Jr.**
                          **Chief U.S. District Judge**

**Offense of Conviction:** **Felon in Possession of a Firearm [18:922(g)(1) and 18:924(a)(2)]**
                          **Date Sentenced:  February 2, 2015**
                          **Original Sentence:  41 Months Bureau of Prisons; 36 Months Supervised Release**

**Prior Revocation:**      **Date of Revocation: May 26, 2021**
                          **Sentence: 18 Months Bureau of Prisons; 12 Months Supervised Release**

**Supervision Term:**      **November 5, 2021 through November 4, 2022**

| **Prepared By:** | **Assistant U.S. Attorney:** | **Defense Attorney:** |
|---|---|---|
| **Jen A. Iverson** | **Matt E. Lierman** | **Kelly Steenboch** |

---

## PETITIONING THE COURT

**The undersigned probation officer recommends that an Amended Petition be filed for service upon Raynard Bass and that a hearing be held by the Court to determine whether the offender has violated the conditions of supervision as set forth in this report and to determine whether the offender's supervision should be revoked or continued, modified, and/or extended based on the alleged violations.  The undersigned probation officer recommends the Amended Petition be addressed at the July 27, 2022, hearing before Robert F. Rossiter, Jr.  As the Court recalls, on April 19, 2022, Mr. Bass appeared before Magistrate Judge Nelson on a Petition for Warrant or Summons for Offender Under Supervision, filing #106.  He was detained pending further proceedings.**

**On May 23, 2022, the Douglas County Attorney's office in Douglas County, Nebraska, filed new law violations against the offender from an incident that occurred on April 9, 2022.  Allegation #1 has been amended to add violation detail.  Allegation #2 has been added to reflect Mr. Bass' new violation conduct.**

**Raynard Bass**                                                                                    **June 1, 2022**
**Amended Petition for Warrant or Summons**                                          **Page 2 of 3**

The probation officer believes the offender has violated the following conditions of supervision:

| Allegation No. | Nature of Noncompliance |
|---|---|
| 1 | Raynard Bass is in violation of **the Mandatory Condition** which states, "You must not commit another federal, state, or local crime." |

On or about February 2, 2022, in Douglas County, Nebraska, Mr. Raynard Bass is alleged to have intentionally and knowingly caused bodily injury, threatened with imminent bodily injury or threated in a menacing manner an intimate partner by slapping Lesabra Rogers in the face with an open hand.  On March 28, 2022, a criminal complaint was filed in Douglas County, Nebraska. On April 14, 2022, Mr. Bass was arrested for Domestic Assault, 3rd Degree, a Class I Misdemeanor.

2      Raynard Bass is in violation of **the Mandatory Condition** which states, "You must not commit another federal, state, or local crime."

On or about April 9, 2022, in Douglas County, Nebraska, Mr. Raynard Bass is alleged to have picked up Lasabra Rogers and threw her to the ground, having prior knowledge that she is pregnant.  Ms. Rogers suffered an injury to her right shoulder and was unable to move her right arm.  She was transported to the hospital by the Omaha Fire Department to determine the extent of her injuries, including, but not limited to, ensuring there were no complications to her pregnancy.  On May 23, 2022, the charge of Domestic Violation, 3rd Degree-Pregnant Woman, a Class 3A Felony, was filed by the Douglas County Attorney's Office and a warrant was issued.

**If the Court finds the offender has violated this condition, which is a grade A or B violation, revocation is mandatory.**

I declare under penalty of perjury that the forgoing is true and correct.

Respectfully submitted,                                             Reviewed by:

_____                    _____
Jen A. Iverson                                                          Aaron Kurtenbach, Supervising
U.S. Probation and Pretrial Services Officer              U.S. Probation and Pretrial Services Officer

**Raynard Bass**                                                                                            **June 1, 2022**
**Amended Petition for Warrant or Summons**                                                                  **Page 3 of 3**

## THE COURT ORDERS THAT:

_____          No action shall be taken.

_____          A Warrant shall be issued for service upon Raynard Bass and a hearing held by the Court to determine whether Raynard Bass has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

_____          The U. S. Probation Officer shall summons Raynard Bass to appear for a hearing in court to determine whether Raynard Bass has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

✔          The following action to be taken (specify other action): **File the Amended Petition and address the matter at the July 27, 2022, hearing in front of Chief Judge Robert F. Rossiter, Jr.**

**If a warrant is issued, the petition shall <u>not</u> be sealed and the following action shall be taken (specify other action).**

_____          A Writ of Habeas Corpus Ad Prosequendum shall be issued, and the defendant brought before the U.S. Court for an Initial Appearance on this matter.

_____          The Federal Public Defender is appointed to represent the above-named defendant in this matter. In the event that the Federal Public Defender accepts this appointment, the Federal Public Defender shall forthwith file a written appearance in this matter.  In the event the Federal Public Defender should decline the appointment for reasons of conflict or on the basis of the Criminal Justice Act Plan, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

The defendant may contact the Office of the Federal Public Defender for the District of Nebraska regarding the alleged violation and possible penalties (402/221-7896).

_____                          June 1, 2022
The Honorable Robert F. Rossiter, Jr.                          _____
Chief U.S. District Judge                                             Date

### * * * NOTICE TO OFFENDER * * *

**Pursuant to the Federal Rules of Criminal Procedure 32.1(b)(2) you are entitled to:**
(A)   written notice of the alleged violation(s);
(B)   disclosure of the evidence against you;
(C)   an opportunity to appear, present evidence, and question adverse witnesses unless the court determines that the interest of justice does not require the witness to appear;
(D)   notice of your right to retain counsel or to request that counsel be appointed if you cannot obtain counsel.