IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>RAYNARD BASS,<br><br>             Defendant. | **8:14CR258**<br><br>**ORDER** |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 124). The Motion seeks dismissal of the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 106) and Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 120). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 124) is granted.
2. The Petition for Warrant or Summons for Offender Under Supervision (Filing No. 106) and Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 120) are dismissed without prejudice.
3. Raynard Bass's term of supervised release is terminated.

Dated this 14th day of November 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Court Judge